**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division
32555

| | |
|---|---|
| IN RE: ) | |
|     Matt S. Stevens ) | |
| ) | Case No.   24-33447-KLP |
| ) | Chapter 13 |
| ) | |
|     Debtor ) | |

**MOTION BY TRUSTEE TO CONVERT CASE**
**FROM CHAPTER 13 TO CHAPTER 7**

COMES NOW, the Chapter 13 Trustee, by counsel, and pursuant to 11 U.S.C. 1307 (c) moves the Court to convert this case, as to the debtor, Matt S Stevens, from a Chapter 13 case to a case under Chapter 7 of the Bankruptcy Courts, and in support of the Trustee's Motion to Convert this Case states as follows:

1. The Debtor is currently a Debtor in a Chapter 13 case pending before this Court filed on September 16, 2024;

2. Carl M. Bates has been appointed the Chapter 13 Trustee in this case, and the 341 hearing has been conducted and completed;

3. This case has not been confirmed;

4. On or about January 29, 2024, Mr. Stevens, sold real estate located at 5209 Silver Maple Court, Prince George, VA, owned Tenants by Entirety with his wife, Jenny A. Stevens, to his son as sole owner.

5. Based upon the testimony at the 341 Meeting of Creditors and the Hud-1 provided by the debtor, the sale price for this real estate was $348,077.99, with the customary closing costs/expenses being paid, the first Mortgage in the amount of $126,005.34 was paid;  $100,000.00 was given to Jenny A. Stevens, the debtor's estranged spouse for her portion of the equity in the real property pursuant to a Property Settlement Agreement;  $370.00 was paid to the debtor; and a Gift of Equity was given to the purchaser, Hunter R. Stevens, the son of the debtor, in the amount of $119,577.99 (See Exhibit A).

6. It is a duty of the trustee to protect the rights of all the parties, including any successor Trustee, and the Bankruptcy Estate by pursuing and preserving the rights as to any transfers of assets prior to the Bankruptcy.

7. The debtor, Mr. Stevens, has voluntarily gifted with no compensation his interest in equity proceeds to his son for the purchase of the real property per the Gift Of Equity.

8. It is in the best interest of the estate to convert this case, to a Chapter 7 for the Chapter 7 trustee to investigate the value of the asset and liquidate to pay claimholders.

9. The Trustee moves the Court to also defer payment of the cost to convert the case until the case is Ordered converted.

WHEREFORE, the Chapter 13 Trustee, by Counsel, hereby moves the Court to convert this Chapter 13 case to a Chapter 7 case as to the debtor, and, if appropriate, defer payment of the cost to convert the case until the case is Ordered converted.

                                        Carl M. Bates
                                        By Counsel

Susan H. Call
Counsel for Carl M. Bates
Chapter 13 Trustee
P. O. Box 1890
Richmond, Virginia 23218-1780

By: _____/s/ Susan H. Call_____
       Susan H. Call, VSB #34367
       Counsel for Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2025, a copy of the foregoing Motion was electronically transmitted and/or mailed, first class mail, postage prepaid, to Matt S. Stevens, 1406 River Tree Drive, Apt. 101, Chester, VA  23836 to Jeanne E. Hovenden, by electronic notification at: jehattorney@gmail.com, Counsel for the Debtor, and to all necessary parties in interest.

                                        /s/ Susan H. Call_____
                                         Susan H. Call, VSB #34367

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
|    Matt S. Stevens ) | |
| ) | Case No.   24-33447-KLP |
| ) | Chapter 13 |
| ) | |
|    Debtor ) | |
| ) | |

**NOTICE OF MOTION AND NOTICE OF HEARING**

The Chapter 13 Trustee has filed papers with the Court to request an Order be entered ordering that the above case be converted from a Chapter 13 to a Chapter 7 case, as to the debtor, or to dismiss with prejudice and a bar to discharge, as to the debtor, and payment of the cost to convert the case be deferred until the case is ordered converted.

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before seven (7) business days before the date of the hearing, you or your attorney must:

**File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.**

> Clerk of Court
> United States Bankruptcy Court
> 701 East Broad Street
> Richmond, VA 23219

You must also mail a copy to:

> Susan H. Call
> Counsel for Carl M. Bates
> Chapter 13 Trustee
> P. O. Box 1890
> Richmond, Virginia 23218-1780

**Attend the Hearing scheduled to be held on <u>April 16, 2025</u>, at <u>9:00 A.M.</u>, at the U.S. Bankruptcy Court, 701 East Broad Street, Room <u>5100</u>, Richmond, Virginia, 23219.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

s/ Susan H. Call
Susan H. Call, VSB #34367

Susan H. Call, VSB# 34367
Counsel for Carl M. Bates
Chapter 13 Trustee
P. O. Box 1890
Richmond, Virginia 23218-1780
(804) 237-6800

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2025, a copy of the foregoing Notice of Motion and Hearing was electronically transmitted and/or mailed, first class mail, postage prepaid, to Matt S. Stevens, 1406 River Tree Drive, Apt. 101, Chester, VA 23836 to Jeanne E. Hovenden, by electronic notification at: jehattorney@gmail.com, Counsel for the Debtor, and to all necessary parties in interest.

/s/ Susan H. Call
Susan H. Call, VSB #34367

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 24-33447-KLP<br>Eastern District of Virginia<br>Richmond<br>Mon Mar 17 06:53:13 EDT 2025 | American Express National Bank c/o Zwicker &<br>80 Minuteman Road<br>P.O. Box 9043<br>Andover, MA 01810-0943 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 |
| American Express  *<br>P O Box 981540<br>El Paso, TX 79998-1540 | American Express National Bank, AENB<br>c/o Zwicker and Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. Box 9043<br>Andover, MA 01810-0943 | Bank of America (p)<br>Attn Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 |
| Bank of America (p)<br>Bankruptcy NC4-105-02-99<br>P O Box 26012<br>Greensboro, NC 27420-6012 | Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | (p)HALSTED FINANCIAL SERVICES  LLC<br>PO BOX 828<br>SKOKIE IL 60076-0828 |
| Henrico Credit Union<br>Attn: Bankruptcy<br>9401 West Broad St<br>Henrico, VA 23294-5331 | Homebase Credit Union<br>Attn: Bankruptcy<br>4495 Crossings Blvd<br>Prince George, VA 23875-1455 | Homebase Federal Credit Union<br>4495 Crossings Blvd<br>Prince George, VA 23875-1455 |
| Hunter Steven<br>5209 Silver Maple Court<br>Prince George, VA 23875-2754 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lighstream , a division of Truist Bank<br>PO Box 1847<br>Wilson, NC 27894-1847 |
| Lvnv Funding/Resurgent Capital<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 | One Main Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | Quantum3 Group LLC as agent for<br>Velocity Investments LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Sofi Lending Corp<br>Attn Bankruptcy<br>P O Box 654158<br>Dallas, TX 75265-4158 | Truist Bank<br>Po Box 849<br>Wilson, NC 27894-0849 | Zwicker & Associates (p)<br>6 Montgomery Village Ave<br>Suite 505<br>Gaithersburg, MD 20879-3596 |
| Carl M. Bates<br>P. O. Box 1819<br>Richmond, VA 23218-1819 | Jeanne E. Hovenden<br>Jeanne E. Hovenden, P.L.L.C.<br>P O Box 1839<br>Chesterfield, VA 23832-9108 | Matt S Stevens<br>1406 River Tree Drive<br>Apt 101<br>Chester, VA 23836-6176 |
| Matthew W. Cheney<br>Office of the US Trustee - Region 4 -R<br>701 E. Broad Street, Ste. 4304<br>Richmond, VA 23219-1849 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).